# Jared Cherry

| | |
|---|---|
| **From:** | Jared Cherry |
| **Sent:** | Sunday, December 18, 2022 11:00 AM |
| **To:** | 'fdias@frantech.ca'; 'admin@frantech.ca' |
| **Cc:** | 'ahc@pcfblaw.com' |
| **Subject:** | Notice of Claimed Copyright Infringement re SOFTWARERIP.NET |

Dear Frantech.ca:

This law firm represents SA International, Inc. ("SAi") in intellectual property matters. This message constitutes notification of claimed infringement pursuant to § 202 of the Digital Millennium Copyright Act of 1998 (the "DMCA"). 17 U.S.C. § 512 (c)(1)(3).

By this message, SAi provides notice of objection to the unauthorized reproduction of its copyrighted material. Specifically, SAi's copyrighted Flexi Software is available for download using the links shown below:

https://softwarerip.net/software/sai-flexisign-photoprint-22-soft-rip-full-onepc-perpetual/

https://softwarerip.net/software/sai-flexisign-photoprint-21-soft-rip-full/

https://softwarerip.net/software/saiflexi-19-build-3039-soft-rip-full/

I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use).

I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am authorized to act on behalf of the owner of the copyright that is allegedly infringed.

Should you have any questions concerning SAi's position in this matter, please do not hesitate to contact me.

This notice of claimed infringement is sent without prejudice to the rights of SAi, all of which are expressly reserved.

Sincerely,

**Jared L. Cherry**
PCFB ATTORNEYS AT LAW
4001 South 700 East, Suite 500 | Salt Lake City, UT 84107
Phone: 801-935-4932 | Fax: 801-935-4936
jared@pcfblaw.com | pcfblaw.com

# Jared Cherry

| | |
|---|---|
| **From:** | Jared Cherry |
| **Sent:** | Sunday, December 18, 2022 10:21 AM |
| **To:** | 'abuse@host4yourself.com'; 'copyright@host4yourself.com' |
| **Cc:** | 'ahc@pcfblaw.com' |
| **Subject:** | Notice of Claimed Copyright Infringement re CAMOSYSTEMSRESET.COM |

Dear Host4Yourself.com:

This law firm represents SA International, Inc. ("SAi") in intellectual property matters. This message constitutes notification of claimed infringement pursuant to § 202 of the Digital Millennium Copyright Act of 1998 (the "DMCA"). 17 U.S.C. § 512 (c)(1)(3).

By this message, SAi provides notice of objection to the unauthorized reproduction of its copyrighted material. Specifically, SAi's copyrighted Flexi Software is available for download using the links shown below:

>  https://camosystemsreset.com/
>  https://camosystemsreset.com/categoria/rip-software-dtg-dtf/

I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use).

I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am authorized to act on behalf of the owner of the copyright that is allegedly infringed.

Should you have any questions concerning SAi's position in this matter, please do not hesitate to contact me.

This notice of claimed infringement is sent without prejudice to the rights of SAi, all of which are expressly reserved.

Sincerely,

**Jared L. Cherry**
PCFB ATTORNEYS AT LAW
4001 South 700 East, Suite 500 | Salt Lake City, UT 84107
Phone: 801-935-4932 | Fax: 801-935-4936
jared@pcfblaw.com | pcfblaw.com